# EXHIBIT A



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

January 7, 2020

UNITED OF OMAHA LIFE INSURANCE COMPANY
GENERAL COUNSEL
3300 MUTUAL OF OMAHA PLAZA
OMAHA, NE 68175

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 19-CI-01708

COURT:  Circuit Court Clerk
        Warren County, Division: II
        1001 Center St., Ste 102
        Bowling Green, KY 42102-2184
        Phone: (270) 746-7400

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

- **(1) Your attorney, or**
- **(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
- **(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| AOC-E-105  Sum Code: CI | | Case #: **19-CI-01708** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice   Courts.ky.gov | | County: **WARREN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Div. II |

*Plantiff*, KITTELL, RITA VS. UNITED OF OMAHA LIFE INSURANCE COMPANY, *Defendant*

TO: **UNITED OF OMAHA LIFE INSURANCE COMPANY**
      **GENERAL COUNSEL**
      **3300 MUTUAL OF OMAHA PLAZA**
      **OMAHA, NE 68175**

RECEIVED
JAN 02 2020
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: **12/17/2019**

Package:000002 of 000007
Presiding Judge: HON. JOHN R. GRISE (603217)

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20____

_____
Served By

_____
Title

Summons ID: 211203014975715@00000359292
CIRCUIT: 19-CI-01708 Long Arm Statute -- Secretary of State
KITTELL, RITA VS. UNITED OF OMAHA LIFE INSURANCE COMPANY



Page 1 of 1



Package : 000002 of 000007

Filed                    19-CI-01708    12/17/2019         Brandi Duvall, Warren Circuit Clerk
A true copy attest       19-CI-01708    12/17/2019         /s/Brandi Duvall, Warren Circuit Clerk

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
CIVIL DIVISION
CASE NO. 19-CI-01708
*Electronically Filed* DIV II

RITA KITTELL                                        PLAINTIFF

vs.                       **COMPLAINT**

UNITED OF OMAHA LIFE INSURANCE COMPANY        DEFENDANT

**Serve:**
General Counsel
3300 Mutual of Omaha Plaza
Omaha, NE 68175

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Rita Kittell, by counsel, and for her Complaint against Defendant United of Omaha Life Insurance Company ("United of Omaha" or "Defendant"), states as follows:

1. Plaintiff Rita Kittell ("Plaintiff" or "Kittell") is, and was, at all times relevant to the claims asserted herein, a citizen and resident of Pendleton County, Kentucky.

2. Defendant United of Omaha is an insurance company domiciled in the state of Nebraska, where it is a citizen and resident, with a statutory home office located at Mutual of Omaha Plaza, Omaha, NE 68175. United of Omaha is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority.

3. United of Omaha's service of process agent is General Counsel, Mutual of Omaha Plaza, Omaha, NE 68175, and United of Omaha may be served through said service of process agent.

4. Jurisdiction and venue are proper in this Court, as Plaintiff is a citizen and resident of Kentucky, and Defendant conducted business and caused damages to Plaintiff in Kentucky and the subject insurance policy was entered into in Kentucky, and CGS

Package:000003 of 000007
Presiding Judge: HON. JOHN R. GRISE (608217)
Package : 000003 of 000007

Case 1:20-cv-00008-GNS-HBB   Document 1-2   Filed 01/14/20   Page 5 of 9 PageID #: 12

Filed            19-CI-01708   12/17/2019       Brandi Duvall, Warren Circuit Clerk
A true copy attest   19-CI-01708   12/17/2019   /s/Brandi Duvall, Warren Circuit Clerk

Machine & Tool, Inc. ("CGS") (Plaintiff's employer at the times pertinent herein) is located in Warren County.

5. Jurisdiction and venue are also proper in this Court pursuant to KRS 23A.010 because the amount in controversy exceeds the jurisdictional minimum.

6. Plaintiff was employed with CGS in Bowling Green, KY as a Plant 2 – Administrative Assistant at the time she became disabled as set forth herein.

7. United of Omaha supplied and issued a policy of insurance (Policy No. GLTD-0ABUW) (the "Policy") to employees of CGS, whereby Plaintiff obtained coverage and became insured for long-term disability insurance ("LTD").

8. The LTD Policy provide for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

9. Plaintiff, while working at CGS, became disabled as defined under the Plan, and remains disabled. Her conditions include, but are not limited to, trochanteric bursitis, piriformis syndrome, corneal dry eye syndrome, cataracts and other eye conditions, and contact dermatitis.

10. Plaintiff was, and remains, unable to perform the material duties of her own occupation, since on or about April 25, 2018, and she satisfies the definition of "disabled" under the Policy.

11. Plaintiff applied, and made a claim, for LTD benefits with Defendant in a timely and proper fashion, in the manner outlined in the Policy. The applicable LTD claim number is 190590007201.

12. Plaintiff provided sufficient proof, including medical evidence, that she is disabled under the terms of the Policy.

2

Filed            19-CI-01708   12/17/2019       Brandi Duvall, Warren Circuit Clerk
A true copy attest   19-CI-01708   12/17/2019   /s/Brandi Duvall, Warren Circuit Clerk

Package: 000004 of 000007
Presiding Judge: HON. JOHN R. GRISE (608217)
Package: 000004 of 000007

Filed              19-CI-01708    12/17/2019        Brandi Duvall, Warren Circuit Clerk
A true copy attest 19-CI-01708    12/17/2019        /s/Brandi Duvall, Warren Circuit Clerk

13. By letter dated April 30, 2019, Defendant informed Plaintiff that Plaintiff's LTD claim was denied (under the "any occupation" standard).

14. Plaintiff properly and timely, and in the manner set forth in the Policy, appealed Defendant's denial of her LTD benefits.

15. By letter dated November 21, 2019, Defendant again denied Plaintiff's LTD claim and stated that she had exhausted all administrative rights to appeal, and that Defendant would conduct no further review of the claim.

16. To date, United of Omaha has refused to approve Plaintiff's claim for LTD benefits, to which she is entitled by virtue of her disability which satisfies the applicable standard of "disability" under the Policy.

17. Plaintiff properly and timely exhausted all administrative remedies with Defendant with respect to the LTD claim.

18. Plaintiff is entitled to LTD benefits under the terms of the Policy, due to her aforementioned disabilities, and Defendant should be required to perform under the contract and pay LTD benefits to Plaintiff.

19. Defendant's denial of Plaintiff's LTD claim is a breach of contract, and Defendant's breach of its contractual duties owed to Plaintiff has caused Plaintiff damages.

20. Defendant should be enjoined from ceasing LTD benefit payments under the contract.

21. The decisions of United of Omaha to deny benefits under the Policy were wrong, arbitrary and capricious, an abuse of discretion, and against the overwhelming evidence supplied by Plaintiff provided to Defendant.

22. The Policy and coverage discussed herein do not meet the qualifications of a plan under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 *et seq.*

3

Filed              19-CI-01708    12/17/2019        Brandi Duvall, Warren Circuit Clerk
A true copy attest 19-CI-01708    12/17/2019        /s/Brandi Duvall, Warren Circuit Clerk

Filed            19-CI-01708   12/17/2019        Brandi Duvall, Warren Circuit Clerk
A true copy attest   19-CI-01708   12/17/2019        /s/Brandi Duvall, Warren Circuit Clerk

23. In the alternative to allegation 22, above, if the Policy does meet the qualifications for a plan under ERISA, then the decisions made by Defendant to deny Plaintiff's claim were arbitrary and capricious, against the overwhelming evidence provided to Defendant, which entitles Plaintiff to recovery of benefits under the Policy, interest, costs and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(g).

24. In the alternative to allegation 22, above, if the Policy does meet the qualifications for a plan under ERISA, then Plaintiff hereby seeks penalties against Defendant under ERISA as follows:

   a. On May 13, 2019, Plaintiff, through counsel, mailed a letter to Defendant requesting a copy of certain documents, including, but not limited to, policy/plan documentation and summary plan descriptions, amongst other documents.

   b. To date, Defendant has failed to provide the Policy or plan documents requested in said letter.

   c. Pursuant to 29 U.S.C. 1024(b)(4) and ERISA Subsection 502(c), Defendant owed a duty to provide the aforementioned requested Policy/plan documentation within thirty (30) days of the request for same.

   d. Defendant is subject to a penalty (or penalties) of no less than $110 per day under ERISA Subsection 502(c) for failing to timely provide the requested documentation.

25. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

4

Presiding Judge: HON. JOHN R. GRISE (608217)
Package : 000006 of 000007

Filed            19-CI-01708   12/17/2019        Brandi Duvall, Warren Circuit Clerk
A true copy attest   19-CI-01708   12/17/2019        /s/Brandi Duvall, Warren Circuit Clerk

Filed            19-CI-01708    12/17/2019    Brandi Duvall, Warren Circuit Clerk
A true copy attest    19-CI-01708    12/17/2019    /s/Brandi Duvall, Warren Circuit Clerk

WHEREFORE, Plaintiff Rita Kittell hereby demands the following relief against Defendant:

1. Judgment against Defendant United of Omaha for full LTD benefits under the Policy, attorney's fees, costs, and pre-judgment and post-judgment interest;

2. Judgment against Defendants in amount of no less than $110 per day under ERISA Subsection 502(c), if ERISA applies, for failing to timely provide the requested Policy/plan documentation; and

3. Any and all other relief to which Plaintiff appears entitled.

Respectfully submitted,

/s/ Bartley K. Hagerman
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
**Mehr Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
Email: pgf@austinmehr.com
Email: bkh@austinmehr.com
*Counsel for Plaintiff*

Package: 000007 of 000007    Presiding Judge: HON. JOHN R. GRISE (608217)    Package: 000007 of 000007



7019 1120 0001 2784 6953

MICHAEL G. ADAMS
SECRETARY OF STATE
P.O. Box 718
Frankfort, Kentucky 40602-0718

REGISTER TO VOTE

3-(Aw)

UNITED OF OMAHA LIFE INSURANCE COMPANY
GENERAL COUNSEL
3300 MUTUAL OF OMAHA PLAZA
OMAHA, NE 68175